**MESSRELIAN LAW, INC.**
Harout Messrelian (SBN.: 272020)
101 N Brand Blvd, Suite 1450
Glendale, CA 91203
T: 818-484-6531
F: 818-956-1983
hm@messrelianlaw.com
michael@messrelianlaw.com

Attorneys for Plaintiff, LARISSA ULLOA ROMO

Law Offices of
**MATHENY SEARS LINKERT & JAIME LLP**
MATTHEW C. JAIME (SBN 140340)
S.J. K. HAMMON (SBN 364464)
3638 American River Drive
Sacramento, California 95864
Telephone: (916) 978-3434
Facsimile: (916) 978-3430
mjaime@mathenysears.com
shammon@mathenysears.com

Attorneys for Defendant, COSTCO WHOLESALE CORPORATION

LAW OFFICES OF
MATHENY SEARS LINKERT & JAIME LLP
3638 AMERICAN RIVER DRIVE
SACRAMENTO, CALIFORNIA 95864

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

LARISSA ULLOA ROMO

Plaintiff,

v.

COSTCO WHOLESALE CORPORATION and DOES 1 to 25, inclusive,

Defendant.

Case No. 2:26-cv-00989-TLJ-JDP

STIPULATION AND ORDER RE: PHYSICAL EXAMINATION OF PLAINTIFF LARISSA ULLOA ROMO

Complaint filed: 09/02/2025
Trial date: Unassigned

Plaintiff LARISSA ULLOA ROMO ("Plaintiff") and Defendant COSTCO WHOLESALE CORPORATION ("Defendant") agree and stipulate that Plaintiff shall submit to a physical examination pursuant to Federal Rules of Civil Procedure, Rule 35:

1. A controversy exists regarding the physical condition of Plaintiff and good cause

LAW OFFICES OF
MATHENY SEARS LINKERT & JAIME LLP
3638 AMERICAN RIVER DRIVE
SACRAMENTO, CALIFORNIA 95864

exists for a physical examination of Plaintiff.

2. The examination will be conducted for the purpose of determining the nature and extent of Plaintiff's physical injuries.

3. The scope of the examination will be the physical injuries at issue in litigation, including, but not limited to her right arm, neck, and back,

4. The physical examination will be conducted by Dr. Patrick McGahan, M.D. — the independent medical exam physician retained by Defendant. Attached to this stipulation as **Exhibit A** is a true and correct copy of Dr. McGahan's Curriculum Vitae setting forth his qualifications and background.

5. The date and time for the physical examination will be September 30, 2026, at 8:00 a.m.

6. The location for the examination is: 3941 J St, Ste 250, Sacramento, CA 95819.

7. Dr. McGahan's contact information is: (916) 995-5683.

8. It is further stipulated that Defendant will be responsible for the fees associated with this examination.

9. However, Plaintiff agrees to reasonably comply with Dr. McGahan's cancellation policy and must advise Defendant if she is unable to attend the examination at least five business days before the examination.

Dated: ____7/27/26________

**MESSRELIAN LAW, INC.**

By: /s/ *Harout Messrelian*
HAROUT MESSRELIAN, Esq. Attorney for Plaintiff LARISSA ULLOA ROMO

Dated: __7/22/26_______

**MATHENY SEARS LINKERT & JAIME LLP**

By: */s/ Matthew C. Jaime*
MATTHEW C. JAIME,
Attorneys for Defendant COSTCO WHOLESALE CORPORATION

LAW OFFICES OF
MATHENY SEARS LINKERT & JAIME LLP
3638 AMERICAN RIVER DRIVE
SACRAMENTO, CALIFORNIA 95864

**ORDER**

Pursuant to Plaintiff and Defendant's STIPULATION RE: PHYSICAL EXAMINATION OF PLAINTIFF LARISSA ULLOA ROMO and for good cause shown, the above STIPULATION RE: PHYSICAL EXAMINATION OF PLAINTIFF LARISSA ULLOA ROMO is accepted, adopted, and made the Order of the Court.

**IT IS SO ORDERED**.

Dated: July 29, 2026

Troy L. Nunley
Chief United States District Judge